CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2010

JULIA C. ...EY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT PHAROAH HOWARD, | ) |
| Plaintiff, | ) Case No. 7:10CV00052 |
| v. | ) ORDER |
| TRACY S. RAY, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Defendants' motion for summary judgment is **GRANTED in part and DENIED in part**, such that:

    a. The motion is **GRANTED** as to all claims against Defendants Johnson and Ray; but

    b. The motion is **DENIED** as to plaintiff's claims that Defendants' Gibson and Large used excessive force against him on July 18, 2009;

2. The defendants are **DIRECTED** to file an answer to the complaint within ten (10) days from entry of this order; and

3. The clerk **SHALL** set this matter for trial before a seven-member jury in the United States Courthouse in Big Stone Gap, Virginia at the court's earliest convenience.

ENTER: This 17th day of September, 2010.

_____
Chief United States District Judge